Decided April 11, 2001

## STATE OF CONNECTICUT *v.* RONDELL CHAMBERS

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 781 (AC 19853), is denied.

*Carlos E. Candal,* in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided April 11, 2001